AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **Mohammad HOSSAIN** | ) | Case No. |
| **Pearsall, TX** | ) | L-18-PO61320 |
| **US** | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 31, 2018** in the county of **Webb** in the **Southern** District of **Texas** , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1325(a)(1) | an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by an immigration officer. |

This criminal complaint is based on these facts:

Furthermore, it is based on verbal statements by, Mohammad HOSSAIN, who admitted being a citizen of Bangladesh, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry or attempted entry took place on May 31, 2018.

☐ Continued on the attached sheet.

_/S/_

_Complainant's signature_

Antonio Hinojosa , Border Patrol Agent

_Printed name and title_

Affiant Antonio Hinojosa
sworn and attested
on June 3, 2018, at 9:01 AM,
at Laredo, Texas.

_Diana Song Quiroga_
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE